FILED

UNITED STATES COURT OF APPEALS

JUN 24 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MANUEL M. NAVARRO, | No. 07-16606 |
| Petitioner - Appellant, | D.C. No. CV-06-01948-WHA |
| v. | Northern District of California, San Francisco |
| A.P. KANE; et al., | |
| Respondents - Appellees. | ORDER |

Before:  BERZON and N.R. SMITH, Circuit Judges.

The request for a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).  All outstanding motions are denied.

TJH/COA